# **EXHIBIT 5**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JERRICK J. RODRIQUES,                              Case No. 2:14-cv-12707-BAF-DRG

        Plaintiff,                              Hon. Bernard A. Friedman

vs.

DELTA AIR LINES, INC.,

        Defendant.

---

FELICIA DUNCAN BROCK (P63352)
TRACY G. SMITH (P74572)
I.A.B. Attorneys at Law, PLLC
Attorneys for Plaintiff
25447 Plymouth Road
Redford, MI 48230
(313) 318-3180
(313) 766-4732 (fax)

RICHARD M. TUYN (P29091)
MIYUKI P. OSHIMA (P73259)
Ogletree, Deakins, Nash, Smoak & Stewart, PLLC
Attorneys for Defendant
34977 Woodward Avenue, Suite 300
Birmingham, MI 48009
(248) 593-6400
richard.tuyn@ogletreedeakins.com
miyuki.oshima@ogletreedeakins.com

---

## DECLARATION OF BARBARA FRANZ

I, Barbara Franz, make the following declarations:

1.    I am over the age of eighteen and competent to make the statements below and have personal knowledge of the events described below.

2.    To the extent this declaration is based upon business records, those records, which are attached hereto as exhibits, are kept in the regular course of business, entries are made on those records in a timely manner by either myself or

people with knowledge of the information being entered, and it is the regular practice of Delta Air Lines, Inc. ("Delta") to maintain such records.

3.    I began working with Northwest Airlines, Inc. ("Northwest") in April 2005.  In 2009, Delta and Northwest merged together and I became a Delta employee.

4.    From April 2005 through 2013, I held the position of Human Resources Generalist at Detroit Metro Airport ("DTW").  In 2013, my job title changed to HR Manager.  In September 2014, I transferred to Atlanta, Georgia and became a Senior Human Resources Manager.

5.    From 2009 through September 2014, as the Human Resources Generalist and HR Manager at DTW, I advised and counseled management on decisions to terminate Delta employees in the Airport Customer Service at DTW as well as any disciplinary actions that were brought to my attention.

6.    On December 11, 2012, I was notified that Domingo De La Torre ("De La Torre") was investigating time discrepancies between the time Jerrick Rodriques ("Rodriques") punched into work or claimed he was at work and the time he arrived to the company parking lot. (Ex. A.)

7.    On December 17, 2012, De La Torre asked to meet with me concerning Rodriques and sent a draft of his recommendation for termination of Rodriques dated December 15, 2012 along with documents in support of the

2

termination. (Ex. B.) The documents in support of his termination included Rodrigues' handwritten statement, punch in times on the time clock, manual time slips completed by Plaintiff, and Topics Discussed by Agent. (Ex. B.) That day, I met with De La Torre to review his recommendation for termination and paperwork in support of termination.

8. On December 18, 2012, I wrote a memo to summarize the investigation that had been conducted by De La Torre. (Ex. C.) I also reviewed punch records showing when Rodriques punched into work. Based on my review of the punch records, one of the dates on the recommendation for termination was changed from November 10, 2012 to November 8, 2012. (Exs. D and E.)

9. On December 18, 2012, I sent by mail the recommendation for termination package on Rodriques to my supervisor, Tyesha Gray, to be signed off. (Ex. F.) At that time, I was unaware of any complaint by Rodriques that he had been discriminated against because of his race or that other employees had been treated more favorably than him.

10. On January 3, 2013, Delta received notice of a call received by the Ethics Hotline (Report Number 117505311). (Ex. G.) The caller was reported as anonymous and claimed that a supervisor named "Domingo" made the decision to suspend Chris Culpepper and Jason Conover for three days for "time clock fraud." (Ex. G.) The caller further claimed that Rodriques was suspended for

3

miscalculating a pay slip and punching in the wrong hours, but not returned to work and that another employee, Fadi Beydoun, was suspended for punching himself in and then parking his vehicle afterwards, but had not returned to work. (Ex. G.) Additional calls concerning Rodriques were called into the Ethics Hotline in January 2012. The caller was identified as anonymous on all the Ethics Calls. (Ex. H.)

11.    On January 9, 2013, at 11:31 a.m., I received notification from Lisa Ali, the Coordinator of HR, that Rodriques' recommendation for termination had been finalized.  (Ex. I.)  Later that day, at 3:17 p.m., I received an email from Cassandra Lee Austin that Rodriques had contacted her and claimed Culpepper and Conover were "non-minority" employees that were suspended and returned to work for "similar time clock issues." (Ex. J.) This was the first time I became aware of any complaint made by Rodriques concerning his suspension and alleged unfair treatment.

12.    Based on my personal knowledge, however, I was already aware that Chris Culpepper and Jason Conover's discipline did not have to do with time clock issues and differed from Rodriques' conduct. In November 2012, Sil Vona and Ahmad Hamed, both of whom are performance leaders, advised me about disciplinary actions issued to Chris Culpepper and Jason Conover.    My understanding was that Culpepper and Conover's disciplines were based on a

4

single, isolated incident, which did not involve business records showing that they punched into work before swiping into the parking lot. Further, Culpepper was disciplined for removing Conover from a database known as Real Time Staffing based on a misunderstanding that he had the authority to do so. Conover called Culpepper and asked Culpepper to remove him from RTS because he was not feeling well.

13.    Rodriques, on the other hand, was terminated because records, which included county swipes from the Wayne County Airport Authority, punch in reports, and manual time slips completed by Rodriques, showed that Rodriques represented on four separate occasions that he was at work before he could have physically been present at work.

14.    I was also involved in the termination of Kyle Lilla (Caucasian) and Fadi Beydoun (Asian). Both were terminated on the same date as Plaintiff because their county swipe reports and punch reports showed that they were punching in before entering the parking lot. (Ex. K.)

15.    On February 4, 2013, I prepared a response to the Ethics Calls identified in paragraph 10 based on my personal knowledge that Rodriques, Beydoun, and Lilla's conduct, which led to their termination, differed from Culpepper and Conover's November 2012 discipline. (Ex. L.) Further, the fact that Lilla is Caucasian and Beydoun is Asian negated any allegation that Rodriques

5

was terminated because he is African American.  As a result, the Ethics Calls were closed in February 2013.  (Ex. L.)

16.    On or around April 1, 2013, Kelly Nabors, Program Manager for Equal Opportunity, asked me to follow up on Rodriques' claim that during his interview with De La Torre, De La Torre told him not to worry about the November 8 date, scratched it off, and gave Rodriques the slip to keep. (Ex. M.) In response, I spoke to De La Torre, who did not recall doing any of those things.  I provided this information to Nabors and provided her with a summary of the interview from De La Torre. (Ex. M.)

17.    My involvement in Rodriques' termination and approval to terminate his employment was based on a legitimate, good-faith, non-discriminatory business reason.  In reviewing and processing Rodriques' termination, I did not consider his race.

18.    I declare under penalty of perjury under the laws of the United States of America and the State of Georgia that the foregoing is true and correct.

Executed this _16th_ day of January 2015, at Atlanta, Georgia.

BARBARA FRANZ

20003529.1

6

# **EXHIBIT A**

## CONFIDENTIAL

| | |
|---|---|
| Document ID: 0.7.1745.390809 | |
| From: | Sarsour, Mohammad </o=delta/ou=north america/cn=recipients/cn=4729211> |
| To: | Kriksciun, James C </o=delta/ou=north america/cn=recipients/cn=5788561> |
| Cc: | Franz, Barbara </o=delta/ou=north america/cn=recipients/cn=466097>; Zarras, Andrew </o=delta/ou=north america/cn=recipients/cn=463260> |
| Bcc: | |
| Subject: | FW: Jerrick Rodrigues - Punch Discrepancy. |
| Date: | Tue Dec 11 2012 17:39:42 EST |
| Attachments: | Documents and Statements.pdf |

Jim,

Jerrick was suspended without pay this afternoon pending investigation of possible time card fraud.

Enclosed is Jerrick's statement which states that the errors were an oversights on his part.

Kevin Kotula has additional information on a separate time card issue which we will review upon his return from vacation next week.

Mohammad

From: DeLaTorre, Domingo A
Sent: Tuesday, December 11, 2012 5:14 PM
To: Sarsour, Mohammad
Subject: Jerrick Rodrigues - Punch Discrepancy.
Importance: High

Mohammad:

Today I interviewed Jerrick Rodriques in regards the punch discrepancies on the following dates:

DEF-000198

## CONFIDENTIAL

Ø Oct. 26, 2012 – County Swipe at the employee lot 15:00:00 / Punch-in 14:56.

Ø Nov. 6, 2012 – County Swipe at the employee lot 16:19:41 / No-punch however placed a PACE slip for 1428 start.

Ø Nov. 10, 2012 – County Swipe at the employee lot 14:27:22 / Punch in at 1428.

Ø Nov. 17, 2012 – County Swipe at the employee lot 15:04:36 / Punch in at 13:56.


During the interview I questioned Mr. Rodriques on how was it possible to be driving into the parking lot at later times than his punches, he could not give me any valid explanation. He admitted to turn in the PACE slip on Nov. 6 for a start time of 1428 when in reality he was not on the premises until 1619, he then said that this could have been an oversight on his part. I asked him twice if there was anyone punching in for him and he replied on both occasions "no". He said that all this situations were possible mistakes or errors with the punches at Kronos in relation to the County Swipes.


I explained to him that the number of mistakes and the type of discrepancy between his punches and the swipes arriving at the lot were far too many. In two of which at least 2 hours were paid when he was not even on premises. Mr. Rodriques was suspended today until further notice and final results of this investigation. It will be noted that there is one more instance of this same situation not noted here that has been investigated by Kevin Kotula. We will get the details when Kevin returns from vacation. I have attached all the documents and his statement.


Best regards,

Domingo De La Torre

Delta Air Lines,

Department Manager,

Ramp Operations,

DTW/110

DEF-000199

*CONFIDENTIAL*

| | |
|---|---|
| Document ID: | 0.7.1745.390809-000001 |
| Owner: | Sarsour, Mohammad </o=delta/ou=north america/cn=recipients/cn=4729211> |
| Filename: | Documents and Statements.pdf |
| Last Modified: | Tue Dec 11 17:39:42 EST 2012 |

DELTA - CONFIDENTIAL

**CONFIDENTIAL**

[handwritten text, illegible]

628607

CONFIDENTIAL

# PACE Exceptions SID (PETS)

Employee Name: RODRIQUEZ          Clock # 6086107  Date: 26 Oct -12

## Type of Exception

Hour Adjust (check)  Regular hrs are: ___ to ___   Adjusted hrs are: 1200 to 23130   Date:

No Punch (Time Clock)  Time In: ___   Time Out: ___   Date:

Other Auth. (check)  Explain:

___ in for Exception: (Must fill out for PAY Adj / LOA or OTHER)

OPERATIONAL _____ - ZONE OUT

FINGER Scan: Name Signed _____          Clock # 181355

DELTA - CONFIDENTIAL

## CONFIDENTIAL

SENSITIVE SECURITY INFORMATION/FOR OFFICIAL USE ONLY WARNING:
This document contains Sensitive Security Information that is controlled under 49 CFR Parts 15 and 1520.
No part of this document may be disclosed to persons without a "need to know", as defined in 49 CFR Parts 15
and 1520, except with the written permission of the Administrator of the Transportation Security Administration
or the Secretary of Transportation. Unauthorized release may result in civil penalty or other action.
For U.S. Government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR Parts 15 and 1520.

| | | | | |
|---|---|---|---|---|
| 10/20/2012 01:14:43 | Door 941-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/20/2012 14:34:08 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/20/2012 14:34:08 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/20/2012 14:37:22 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/20/2012 14:54:46 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/20/2012 20:02:50 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/20/2012 20:10:27 | Door A2-910-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/24/2012 14:20:52 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/24/2012 14:32:31 | Door T1-146-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/24/2012 14:33:12 | Door T1-145-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/24/2012 14:43:27 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/25/2012 03:33:19 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/25/2012 03:33:20 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/25/2012 03:40:56 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/25/2012 03:52:52 | Door T1-146-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/25/2012 03:53:30 | Door T1-147-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/25/2012 03:56:24 | Door T2-005-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/25/2012 07:24:56 | Door A2-750-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/25/2012 19:30:37 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/25/2012 19:41:22 | Door T1-146-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/25/2012 19:41:49 | Door T1-145-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/25/2012 19:52:13 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/25/2012 23:51:29 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/25/2012 23:59:09 | Door A2-766-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/26/2012 00:00:35 | Door A2-766-1/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/26/2012 00:01:53 | Door A2-766-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/26/2012 15:00:33 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/26/2012 15:00:33 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/26/2012 15:03:57 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/26/2012 15:20:34 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/26/2012 23:57:29 | Door A2-766-1/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 00:02:36 | Door A2-766-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 14:22:28 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 14:22:28 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 14:25:09 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 14:39:11 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 16:15:28 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 16:24:13 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 18:06:28 | Door A2-750-2/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 18:36:49 | Door A2-750-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 21:04:20 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 21:29:37 | Door T1-146-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 21:31:26 | Door T1-145-1 - Reader | Invalid Card Tim | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 21:31:45 | Door T1-147-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 21:33:35 | Door T2-005-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 21:35:38 | Door A14-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 21:44:18 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 23:51:24 | Door A2-766-1/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 23:52:24 | Door A2-766-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/28/2012 00:06:15 | Door A07-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |

DEF-000203

## CONFIDENTIAL

# DACH Exceptions Time Slip (PLEASE)

Employee Name: RODRIGUES J.    Clock # 628601    Date: 6-May-12

Type of Exception

Hour Adjust (check)   Regular hr's are: 4:30 to _____   Adjusted hr's are: 4:30 to 23:00

No Punch (Time Clock)   Time In: 4:28   Time Out: 23:00   Date: _____

Other Auth. (check)   Explain:

Reason for Exception: (Must fill out Hr Adj / LOA or OTHER)

OPERATIONAL NEEDS   RG - ZONE ONE

MGR Auth: Name (signed) _____   Clock # 1351G

## CONFIDENTIAL

SENSITIVE SECURITY INFORMATION/FOR OFFICIAL USE ONLY WARNING:
This document contains Sensitive Security Information that is controlled under 49 CFR Parts 15 and 1520.
No part of this document may be disclosed to persons without a "need to know", as defined in 49 CFR Parts 15
and 1520, except with the written permission of the Administrator of the Transportation Security Administration
or the Secretary of Transportation. Unauthorized release may result in civil penalty or other action.
For U.S. Government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR Parts 15 and 1520.

| | | | | |
|---|---|---|---|---|
| 10/29/2012 04:28:57 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/29/2012 04:33:42 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/29/2012 04:47:39 | Door A2-766-1/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/29/2012 04:48:20 | Door A2-750-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/29/2012 05:11:02 | Door A2-750-2/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/29/2012 05:14:18 | Door A2-750-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/29/2012 09:30:35 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/29/2012 10:10:00 | Door A2-750-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/30/2012 14:28:08 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/30/2012 14:28:09 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/30/2012 14:41:45 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/30/2012 15:00:34 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/30/2012 21:22:49 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/30/2012 21:36:32 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/31/2012 13:23:56 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/31/2012 13:23:57 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/31/2012 13:33:42 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/31/2012 14:39:27 | Door A2-910-1/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/31/2012 14:44:29 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/31/2012 16:22:40 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/31/2012 16:32:33 | Door A2-910-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/31/2012 18:29:45 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/31/2012 18:31:08 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/01/2012 14:23:01 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/01/2012 14:23:01 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/01/2012 14:28:35 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/01/2012 22:03:33 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/01/2012 22:20:53 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/01/2012 23:31:57 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/01/2012 23:41:34 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/03/2012 14:16:07 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/03/2012 14:17:28 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/03/2012 14:21:37 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/03/2012 21:14:24 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/03/2012 21:28:16 | Door A2-910-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/03/2012 21:28:28 | Door A2-910-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/04/2012 01:22:42 | Door A2-766-1/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/04/2012 01:23:23 | Door A2-750-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/06/2012 16:19:41 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/06/2012 16:19:42 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/06/2012 16:23:11 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/06/2012 16:45:41 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/06/2012 17:43:06 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/06/2012 17:44:05 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/06/2012 18:59:53 | Door A2-750-2/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/06/2012 19:08:08 | Door A07-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/06/2012 23:13:17 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/06/2012 23:33:11 | Door A07-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/07/2012 14:22:42 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/07/2012 14:27:01 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |

DEF-000205

Documents and Statements.pdf for Printed Item: 21 ( Attachment 1 of 1)

CONFIDENTIAL

Date Exceptions Time Card

Employee Name: _Hodgous_    Clock #: _62607_    Date: _8/20/12_

Type of Exception

Hour Adjust (check)    Regular hr's are: _16:23_ to ___    Adjusted hr's are: ___ to ___    Date: _2 NOV-12_

No Punch (Time Clock)    Time In: _16:23_    Time Out: _23:00_

Other Auth. (check)    Explain:

Reason for Exception: (Must fill out if not FLOA or OTHER)
Fired feeling sick

S or MGR Auth. Name (signed) _____    Clock #: _610021_

DELTA - CONFIDENTIAL

DEF-000206

# EXHIBIT B

CONFIDENTIAL

| | |
|---|---|
| Document ID: 0.7.1745.395429 | |
| From: | DeLaTorre, Domingo A </o=delta/ou=north america/cn=recipients/cn=796533> |
| To: | Franz, Barbara </o=delta/ou=north america/cn=recipients/cn=466097> |
| Cc: | Sarsour, Mohammad </o=delta/ou=north america/cn=recipients/cn=4729211> |
| Bcc: | |
| Subject: | J Rod |
| Date: | Mon Dec 17 2012 12:06:54 EST |
| Attachments: | Documents and Statements.pdf |
| | Journal.doc |
| | RFT J. Rod.doc |
| | Support Document.pdf |

Barb,


Do you have a moment today to go over the documents and the RFT file…


Domingo

DEF-000324

CONFIDENTIAL

| | |
|---|---|
| Document ID: 0.7.1745.395429-000001 | |
| Owner: | DeLaTorre, Domingo A </o=delta/ou=north america/cn=recipients/cn=796533> |
| Filename: | Documents and Statements.pdf |
| Last Modified: | Mon Dec 17 12:06:54 EST 2012 |

DELTA - CONFIDENTIAL

Documents and Statements.pdf for Printed Item: 61 ( Attachment 1 of 4)

CONFIDENTIAL

[illegible]

The first thing I would like to say on my behalf is that [illegible] did I try to [illegible] the company in anyway. The [illegible] that [illegible] [illegible] [illegible] or been complaints on my part by cutting the [illegible] time [illegible] [illegible] [illegible] [illegible] on the company I truly believe [illegible] [illegible] on my [illegible] [illegible] [illegible] [illegible] that was going on. Being I was in that [illegible] [illegible] to the program because [illegible] [illegible] [illegible] of responsibility and [illegible] and the other [illegible] [illegible] supervisor [illegible] [illegible] [illegible] my [illegible] [illegible] on my [illegible] [illegible]

[signature]

628607

DELTA - CONFIDENTIAL

DEF-000326

CONFIDENTIAL

P.C.E. Exceptions Time @ PFTS

Clock # 6286 07 Date: 21 0ct-12

Dyee Name: RODRIGUES

Type of Exception

Hour Adjust (check)   Regular hr's are: _____ to _____   Adjusted hr's are: 18:00 to 23:30.

No Punch (Time Clock)   Time In: _____   Time Out: _____   Date: _____

Other Auth. (check)   Explain:

n for Exception: (Must fill out H.R. Adj ( LOA or OTHER)

OPERATIONAL NEEDS - ZONE ONE   KATE SPM

F Mgr Auth. Name (signed)   Clock # 18135

CONFIDENTIAL

SENSITIVE SECURITY INFORMATION/FOR OFFICIAL USE ONLY WARNING.
This document contains Sensitive Security Information that is controlled under 49 CFR Parts 15 and 1520.
No part of this document may be disclosed to persons without a "need to know", as defined in 49 CFR Parts 15
and 1520, except with the written permission of the Administrator of the Transportation Security Administration
or the Secretary of Transportation. Unauthorized release may result in civil penalty or other action.
For U.S. Government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR Parts 15 and 1520.

| | | | | |
|---|---|---|---|---|
| 10/20/2012 01:14:43 | Door 941-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/20/2012 14:34:08 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/20/2012 14:34:08 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/20/2012 14:37:22 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/20/2012 14:54:46 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/20/2012 20:02:50 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/20/2012 20:10:27 | Door A2-910-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/24/2012 14:20:52 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/24/2012 14:32:31 | Door T1-146-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/24/2012 14:33:12 | Door T1-145-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/24/2012 14:43:27 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/25/2012 03:33:19 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/25/2012 03:33:20 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/25/2012 03:40:56 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/25/2012 03:52:52 | Door T1-146-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/25/2012 03:53:30 | Door T1-147-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/25/2012 03:56:24 | Door T2-005-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/25/2012 07:24:56 | Door A2-750-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/25/2012 19:30:37 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/25/2012 19:41:22 | Door T1-146-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/25/2012 19:41:49 | Door T1-145-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/25/2012 19:52:13 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/25/2012 23:51:29 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/25/2012 23:59:09 | Door A2-766-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/26/2012 00:00:35 | Door A2-766-1/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/26/2012 00:01:53 | Door A2-766-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/26/2012 15:00:33 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/26/2012 15:00:33 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/26/2012 15:03:57 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/26/2012 15:20:34 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/26/2012 23:57:29 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 00:02:36 | Door A2-766-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 14:22:28 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 14:22:28 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 14:25:09 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 14:39:11 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 16:15:28 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 16:24:13 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 18:08:28 | Door A2-750-2/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 18:36:49 | Door A2-750-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 21:04:20 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 21:29:37 | Door T1-146-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 21:31:26 | Door T1-145-1 - Reader | Invalid Card Tin | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 21:31:45 | Door T1-147-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 21:33:35 | Door T2-005-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 21:35:38 | Door A14-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 21:44:18 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 23:51:24 | Door A2-766-1/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/27/2012 23:52:24 | Door A2-766-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/28/2012 00:06:15 | Door A07-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |

DELTA - CONFIDENTIAL

CONFIDENTIAL

# DACH Exceptions Time SLP (PETS)

Eyee Name: RODRIGUES J.                    Clock # 628607 Date: 1-11/-12

**Type of Exception**

Hour Adjust (check)   Regular hrs are: 14:28 to _____   Adjusted hr's are: 14:30 to 23:02

No Punch (Time Clock)   Time In: 14:28   Time Out: 23:00   Date: _____

Other Auth. (check)   Explain:

on for Exception: (Must fill out if Hr Adj / LOA or OTHER)

OPERATIONAL NEEDS RB- ZONE DUE

MGR Auth: Name (signed) RMD                    Clock # 13559

DEF-000329

Documents and Statements.pdf for Printed Item: 61 ( Attachment 1 of 4)

## CONFIDENTIAL

SENSITIVE SECURITY INFORMATION/FOR OFFICIAL USE ONLY WARNING:
This document contains Sensitive Security Information that is controlled under 49 CFR Parts 15 and 1520.
No part of this document may be disclosed to persons without a "need to know", as defined in 49 CFR Parts 15
and 1520, except with the written permission of the Administrator of the Transportation Security Administration
or the Secretary of Transportation. Unauthorized release may result in civil penalty or other action.
For U.S. Government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR Parts 15 and 1520.

| | | | | |
|---|---|---|---|---|
| 10/29/2012 04:28:57 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/29/2012 04:33:42 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/29/2012 04:47:39 | Door A2-766-1/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/29/2012 04:48:20 | Door A2-750-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/29/2012 05:11:02 | Door A2-750-2/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/29/2012 05:14:18 | Door A2-750-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/29/2012 09:30:35 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/29/2012 10:10:00 | Door A2-750-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/30/2012 14:28:08 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/30/2012 14:28:09 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/30/2012 14:41:45 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/30/2012 15:00:34 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/30/2012 21:22:49 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/30/2012 21:36:32 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/31/2012 13:23:56 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/31/2012 13:23:57 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/31/2012 13:33:42 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/31/2012 14:39:27 | Door A2-910-1/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/31/2012 14:44:29 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/31/2012 16:22:40 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/31/2012 16:32:33 | Door A2-910-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/31/2012 18:29:45 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 10/31/2012 18:31:08 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/01/2012 14:23:01 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/01/2012 14:23:01 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/01/2012 14:28:35 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/01/2012 22:03:33 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/01/2012 22:20:53 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/01/2012 23:31:57 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/01/2012 23:41:34 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/03/2012 14:16:07 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/03/2012 14:17:28 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/03/2012 14:21:37 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/03/2012 21:14:24 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/03/2012 21:28:16 | Door A2-910-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/03/2012 21:28:28 | Door A2-910-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/04/2012 01:22:42 | Door A2-766-1/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/04/2012 01:23:23 | Door A2-750-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/06/2012 16:19:41 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/06/2012 16:19:42 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/06/2012 16:23:11 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/06/2012 16:45:41 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/06/2012 17:43:06 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/06/2012 17:44:05 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/06/2012 18:59:53 | Door A2-750-2/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/06/2012 19:08:08 | Door A07-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/06/2012 23:13:17 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/06/2012 23:33:11 | Door A07-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/07/2012 14:22:42 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/07/2012 14:27:01 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |

CONFIDENTIAL

PAS Exception Time (Store Use)

Employee Name: _____  Clock # 628612  Date: 8/04-12

Type of Exception

Hour Adjust (check)  Regular hr's are: _____ to _____  Adjusted hr's are: _____ to _____

No Punch (Time Clock)  Time in: 14:48  Time Out: 23:00  Date: 8/04-12

Other Auth. (check)  Explain: _____

Reason for Exception: (Must fill out for ACI, FLOA or OTHER) _____

Sup or MGR Auth. Name (signed): _____  Clock # _____

CONFIDENTIAL

| | |
|---|---|
| Document ID: | 0.7.1745.395429-000002 |
| Owner: | DeLaTorre, Domingo A </o=delta/ou=north america/cn=recipients/cn=796533> |
| Filename: | Journal.doc |
| Last Modified: | Mon Dec 17 12:06:54 EST 2012 |

DELTA - CONFIDENTIAL

CONFIDENTIAL

## TOPICS DISCUSSED WITH AGENT

**AGENT** JERRICK RODRIQUES 628607

| TOPICS DISCUSSED |
|---|

EMP NUM: 222993          NAME: RODRIQUES          JERRICK          J
SEN DATE: 06NOV95          TITLE:  CSA FT ALA P09
STA: DTW          MGR: MANAGER DOES NOT EXIST
          MGR REASSIGNMENT ON: 12MAR12

| F | DOC DTE | DOC CODE | S | NATURE OF DOCUMENT | MGR |
|---|---|---|---|---|---|
| | 13MAR12 | | | B27556 | |
| | 01JAN12 | NOTES | | TARDY ON 12/24 | C67432 |
| | 28NOV11 | NOTES | | FML SLF INT 11/5-11/3/12 OK | C58311 |
| | 20NOV11 | COACH | C | TRADES | C67432 |
| | 27APR11 | COACH | A | TARDIES | C67432 |
| | 04JAN10 | NOTES | | TARDY WAIVER FOR 12/18/09 | C41751 |
| | 11NOV09 | NOTES | | FML SLF 10/9-10/8/10 INT | C41751 |
| | 30JAN09 | NOTES | | ATTN REVIEW MAILED | 102426 |
| | 15JAN09 | NOTES | | INCOMPLETE TWO | 198420 |
| | 14JAN09 | NOTES | | MANY BAGS ON TB / 1 DEST. | 198420 |
| | 30OCT08 | NOTES | | DL DROP TO TB | 198420 |

DELTA - CONFIDENTIAL

CONFIDENTIAL

Document ID: 0.7.1745.395429-000003
Owner: DeLaTorre, Domingo A </o=delta/ou=north america/cn=recipients/cn=796533>
Filename: RFT J. Rod.doc
Last Modified: Mon Dec 17 12:06:54 EST 2012

DELTA - CONFIDENTIAL

DEF-000334

 **DELTA** CONFIDENTIAL

**Domingo De La Torre**
Department Manager

**Delta Air Lines, Inc.**
2602 World Gateway
Detroit, MI 48242
T. +1 734 229 7001
M. +1 407 619 9776
Domingo.a.delatorre@delta.com

December 15, 2012

TO:       Mohammad Sarsour

FROM:     Domingo De La Torre

SUBJECT:  Recommendation for Termination of Employment
          Jerrick Rodriques, 6286607, CSA ALA, Dept. 120/DTW

CSA ALA / Jerrick Rodriques, has been found to have multiple time card discrepancies none of which he has been able to explain. These are the discrepancies found:

> Oct. 26, 2012 – County Swipe at the employee lot 15:00:00 / Punch-in 14:56.
> Nov. 6, 2012 – County Swipe at the employee lot 16:19:41 / No-punch however placed a PACE slip for 1428 start.
> Nov. 10, 2012 – County Swipe at the employee lot 14:27:22 / Punch in at 1428.
> Nov. 17, 2012 – County Swipe at the employee lot 15:04:36 / Punch in at 13:56.

After further investigation we have come to the conclusion that this is a case of time card fraud. Jerrick turned in PACE paid slips to adjust the extra pay when in reality he was not on the premises. However was shown as clocked in. Do to the severity of the situation I am recommending his employment be terminated.

Domingo De La Torre

cc:   Barb Franz, Human Resources

CONFIDENTIAL

Document ID: 0.7.1745.395429-000004
Owner:          DeLaTorre, Domingo A </o=delta/ou=north america/cn=recipients/cn=796533>
Filename:       Support Document.pdf
Last Modified:  Mon Dec 17 12:06:54 EST 2012

CONFIDENTIAL

SENSITIVE SECURITY INFORMATION/FOR OFFICIAL USE ONLY WARNING:
This document contains Sensitive Security Information that is controlled under 49 CFR Parts 15 and 1520.
No part of this document may be disclosed to persons without a "need to know", as defined in 49 CFR Parts 15
and 1520, except with the written permission of the Administrator of the Transportation Security Administration
or the Secretary of Transportation. Unauthorized release may result in civil penalty or other action.
For U.S. Government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR Parts 15 and 1520.

| | | | | |
|---|---|---|---|---|
| 11/07/2012 14:44:05 | Door A2-194-1/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/07/2012 14:47:42 | Door A2-100-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/07/2012 21:27:04 | Door A07-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/08/2012 14:24:11 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/08/2012 14:27:53 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/08/2012 21:01:33 | Door A2-194-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/10/2012 14:27:22 | South Employee Lot Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/10/2012 14:33:37 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/10/2012 14:55:00 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/10/2012 16:33:11 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/10/2012 18:07:38 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/10/2012 19:05:27 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/10/2012 19:48:34 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/12/2012 04:35:49 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/12/2012 04:35:50 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/12/2012 04:38:23 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/12/2012 04:53:32 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/12/2012 04:58:49 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/12/2012 07:22:24 | Door A2-750-2/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/12/2012 07:31:11 | Door A2-750-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/12/2012 09:16:39 | Door A2-750-2/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/12/2012 09:32:12 | Door A2-750-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/12/2012 12:56:46 | Door A2-750-2/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/12/2012 13:01:48 | Door A2-750-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/12/2012 13:25:03 | Door A2-750-2/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/12/2012 13:25:53 | Door A2-766-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/13/2012 14:12:27 | South Employee Lot Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/13/2012 14:16:49 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/13/2012 18:00:21 | Door A2-750-2/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/13/2012 18:08:04 | Door A2-750-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/13/2012 18:48:45 | Door A2-910-1/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/13/2012 18:55:00 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/14/2012 14:21:56 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/14/2012 14:25:54 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/14/2012 15:24:54 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/14/2012 15:27:11 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/14/2012 19:37:53 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/14/2012 19:39:13 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/15/2012 14:13:59 | South Employee Lot Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/15/2012 14:25:25 | Door T1-146-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/15/2012 14:26:04 | Door T1-145-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/15/2012 14:34:08 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/15/2012 15:01:53 | Door A26-3 S/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/15/2012 17:18:15 | Door A26-3 S - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/16/2012 00:31:33 | Door A2-766-1/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/16/2012 00:33:04 | Door A2-766-1 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/16/2012 18:07:18 | South Employee Lot Bus Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/16/2012 18:11:49 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/17/2012 00:20:14 | Door T2-042-2/a - 2nd Card Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/17/2012 00:26:46 | Door T2-042-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |

Support Document.pdf for Printed Item: 61 ( Attachment 4 of 4)

## CONFIDENTIAL

SENSITIVE SECURITY INFORMATION/FOR OFFICIAL USE ONLY WARNING:
This document contains Sensitive Security Information that is controlled under 49 CFR Parts 15 and 1520.
No part of this document may be disclosed to persons without a "need to know", as defined in 49 CFR Parts 15
and 1520, except with the written permission of the Administrator of the Transportation Security Administration
or the Secretary of Transportation. Unauthorized release may result in civil penalty or other action.
For U.S. Government agencies, public disclosure is governed by 5 U.S.C. 552 and 49 CFR Parts 15 and 1520.

| 11/17/2012 15:04:30 | South Employee Lot Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/17/2012 15:04:37 | South Employee Lot Entry - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |
| 11/17/2012 15:08:05 | Door 944-2 - Reader | Local Grant | DELTA AIR LINES | JERRICK J. RODRIQUES |

Report Run Date: 11/20/2012 15:09:20        Page: 8

DELTA - CONFIDENTIAL

# **EXHIBIT C**



Delta Air Lines, Inc.
Detroit Metro Airport
2500 Worldgateway Place
Detroit, MI 48242

December 18, 2012

Note to File regarding Jerrick Rodriques (062860700)

The investigation into Mr. Rodriques' time card records the following chain of events occurred:

- 11/17/12 employee Rob McCrery came to PL Kevin Kotula to ask if he could go home because Jerrick had punched in. The employee knew this because he could see in the Real Time Staffing (RTS) system that Jerrick's task line turned green indicating he had punched in. Kevin gave Rob the permission to leave his position and go home. It was not until a much later that Jerrick arrived at his work station. Kevin asked him where he was he said he was in another area, we were unable to substantiate his whereabouts.
- 11/20/12 – request was made to Wayne County Airport Authority to obtain the security badge swipes for Mr. Rodriques.
- 12/11/12 – Mr. Rodriques was questioned by Department Manager, Domingo DeLaTorre regarding his records. He provided a statement and was suspended effective 12/12/12.

Sincerely,

Barbara A. Franz
Human Resource Generalist
Delta Air Lines
734-247-4348

DEF-000057

# EXHIBIT D

## CONFIDENTIAL

| | |
|---|---|
| Document ID: 0.7.1745.397025 | |
| From: | Francis, Nhia </o=delta/ou=north america/cn=recipients/cn=141886> |
| To: | Franz, Barbara </o=delta/ou=north america/cn=recipients/cn=466097> |
| Cc: | |
| Bcc: | |
| Subject: | RE: Jerrick Rodriques - 628607 |
| Date: | Tue Dec 18 2012 12:25.00 EST |
| Attachments: | Jerrick11-17.pdf |

Attach is November 17th. Let me know if you need anything else.


Nhia


From: Franz, Barbara
Sent: Tuesday, December 18, 2012 11:32 AM
To: Francis, Nhia
Subject: Jerrick Rodriques - 628607


Nhia -


We are unable to access Kronos punches for Mr. Rodriques as he is on suspension. Are you able to see his data? Can you please send me the data that show his timeclock punches for October 26, 2012, November 10, 2012 and November 17, 2012?


Can you fax or email it to me? I need it today if possible as I am process a recommendation for termination file.


Thank you,


Barbara A. Franz

Human Resources Generalist

Airport Customer Service and Cargo - DTW

Delta Air Lines


DELTA - CONFIDENTIAL

DEF-000218

*CONFIDENTIAL*

 - office

- cell

- fax

DELTA - CONFIDENTIAL

*CONFIDENTIAL*

| | |
|---|---|
| Document ID: 0.7.1745.397025-000001 | |
| Owner: | Francis, Nhia </o=delta/ou=north america/cn=recipients/cn=141886> |
| Filename: | Jerrick11-17.pdf |
| Last Modified: | Tue Dec 18 12:25:00 EST 2012 |

DEF-000220

Jerrick11-17.pdf for Printed Item: 29 ( Attachment 1 of 1)

**Punch Origin**                                            ***CONFIDENTIAL***

| | | Executed on: | 12/18/2012 12:22:02 PM |
| | | Printed for: | 141886 |

Time Period:          11/17/2012 - 11/17/2012
Query:                Previously Selected Employee(s)

| Punch Date/time | User | Client | Server | Datasource |
|---|---|---|---|---|
| RODRIQUES, JERRICK J | | | ID: 062860700 | |
| 11/17/2012 1:56:00 PM | Import | DTW-B2-330 BUS WAIT ROOM | satlrccdlwe1001 | Workforce Central |
| 11/18/2012 12:51:00 AM | Import | DTW-EMPLOYEE BUS STOP | satlrccdlwe1001 | Workforce Central |

Total Number of Employees:  1

## CONFIDENTIAL

| | |
|---|---|
| Document ID: 0.7.1745.396454 | |
| From: | Franz, Barbara </o=delta/ou=north america/cn=recipients/cn=466097> |
| To: | DeLaTorre, Domingo A </o=delta/ou=north america/cn=recipients/cn=796533> |
| Cc: | Sarsour, Mohammad </o=delta/ou=north america/cn=recipients/cn=4729211> |
| Bcc: | |
| Subject: | RE: J Rod |
| Date: | Tue Dec 18 2012 12:44:47 EST |
| Attachments: | Rodriques.pdf |

Please see attached punches.  In the RFT it states:
November 10 - County Swipe at 14:27 and punch in at 14:28.  In the attached is show no punch for this date?  Is there a PACE slip to show he manually clocked in at 14:28? There is a PACE slip in file, however, it is dated 11/8/12.

Let me know,

Barbara A. Franz
Human Resources Generalist
Airport Customer Service and Cargo - DTW
Delta Air Lines
█████████ - office
█████████ - cell
█████████ - fax

_____

From: DeLaTorre, Domingo A
Sent: Monday, December 17, 2012 12:07 PM
To: Franz, Barbara
Cc: Sarsour, Mohammad
Subject: J Rod
Importance: High


Barb,


Do you have a moment today to go over the documents and the RFT file...


Domingo

DELTA - CONFIDENTIAL

*CONFIDENTIAL*

| Document ID: | 0.7.1745.396454-000001 |
|---|---|
| Owner: | Franz, Barbara </o=delta/ou=north america/cn=recipients/cn=466097> |
| Filename: | Rodriques.pdf |
| Last Modified: | Tue Dec 18 12:44:47 EST 2012 |

DEF-000194

Rodriques.pdf for Printed Item: 17 ( Attachment 1 of 1)

**Punch Origin**

*CONFIDENTIAL* Printed for:

Executed on: 12/18/2012 12:13:28 PM
141886

Time Period: 10/26/2012 - 11/10/2012
Query: Previously Selected Employee(s)

| Punch Date/time | User | Client | Server | Datasource |
|---|---|---|---|---|
| RODRIQUES, JERRICK J | | ID: 062860700 | | |
| 10/26/2012 12:06:00 AM | Import | DTW-EMPLOYEE BUS STOP | satlrccdlwe1001 | Workforce Central |
| 10/26/2012 2:56:00 PM | Import | DTW-B2-330 BUS WAIT ROOM | satlrccdlwe1001 | Workforce Central |
| 10/27/2012 2:31:00 AM | Import | DTW-E2-017 BREAKROOM | satlrccdlwe1001 | Workforce Central |
| 10/27/2012 2:30:00 PM | Import | DTW-A20 CORRIDOR BUSSTOP | satlrccdlwe1001 | Workforce Central |
| 10/28/2012 1:04:00 AM | Import | DTW-STAIRS MCRE-T2-036 | satlrccdlwe1001 | Workforce Central |
| 10/29/2012 4:47:00 AM | Import | DTW-EMPLOYEE BUS STOP | satlrccdlwe1001 | Workforce Central |
| 10/29/2012 1:24:00 PM | Import | DTW-A20 CORRIDOR BUSSTOP | satlrccdlwe1001 | Workforce Central |
| 10/30/2012 2:52:00 PM | Import | DTW-E2-661 BREAKROOM | satlrccdlwe1001 | Workforce Central |
| 10/31/2012 2:19:00 AM | Import | DTW-E2-228 BREAKROOM | satlrccdlwe1001 | Workforce Central |
| 10/31/2012 1:52:00 PM | Import | DTW-EMPLOYEE BUS STOP | satlrccdlwe1001 | Workforce Central |
| 11/1/2012 1:47:00 AM | Import | BCD | satlrccdlwe1001 | Workforce Central |
| 11/1/2012 2:42:00 PM | Import | DTW-EMPLOYEE BUS STOP | satlrccdlwe1001 | Workforce Central |
| 11/2/2012 2:33:00 AM | Import | DTW-STAIRS MCRE-T2-036 | satlrccdlwe1001 | Workforce Central |
| 11/3/2012 2:30:00 PM | Import | DTW-A20 CORRIDOR BUSSTOP | satlrccdlwe1001 | Workforce Central |
| 11/4/2012 1:02:00 AM | Import | DTW-E2-228 BREAKROOM | satlrccdlwe1001 | Workforce Central |
| 11/6/2012 11:36:00 PM | Import | DTW-E2-661 BREAKROOM | satlrccdlwe1001 | Workforce Central |
| 11/8/2012 2:30:00 PM | | | | [Scheduled Punch] |
| 11/8/2012 11:13:00 PM | Import | DTW-STAIRS MCRE-T2-036 | satlrccdlwe1001 | Workforce Central |
| 11/10/2012 2:30:00 PM | | | | [Scheduled Punch] |
| 11/10/2012 10:59:00 PM | Import | DTW-E2-661 BREAKROOM | satlrccdlwe1001 | Workforce Central |

Total Number of Employees: 1

DEF-000195

# **EXHIBIT E**

 **DELTA**

**Domingo De La Torre**
Department Manager

Delta Air Lines, Inc.
2602 World Gateway
Detroit, MI  48242
T. +1 734 229 7001
M. +1 407 619 9776
Domingo.a.delatorre@delta.com

December 15, 2012

TO:      Mohammad Sarsour, General Manager

FROM:    Domingo De La Torre, Department Manager

SUBJECT:  Recommendation for Termination of Employment
          Jerrick Rodriques, 628607, CSA ALA, Dept. 120/DTW

Aircraft Load Agent (ALA) Jerrick Rodriques has been employed since November 6, 1995 he currently has the following Corrective Action:

<u>Previous Corrective Action:</u>
None

During the investigation of Mr. Rodriques' payroll records multiple time card discrepancies none of which he has been able to explain. These are the discrepancies found:

> October 26, 2012 – County Swipe at the employee lot 15:00:00 / Punch-in 14:56.
> November 6, 2012 – County Swipe at the employee lot 16:19:41 / No-punch however placed a PACE slip for 1428 start.
> November 8, 2012 – County Swipe at the employee lot 14:27:22 / No-Punch however a PACE slip for 1428 start.
> November 17, 2012 – County Swipe at the employee lot 15:04:36 / Punch in at 13:56.

We have determined that Mr. Rodriques has fraudulently submitted his time records. He was punched in to work, however, did not arrive on property until after the time clock punch was made.  Additionally, he also turned in PACE paid slips to manual punch in when in reality he was not on the premises.

I therefore recommend Jerrick Rodriques' employment be terminated.

Domingo De La Torre

March 1, 2012                                                    **DEF-000042**

# **EXHIBIT F**

*CONFIDENTIAL*

| | |
|---|---|
| Document ID: | 0.7.1745.397067 |
| From: | Franz, Barbara </o=delta/ou=north america/cn=recipients/cn=466097> |
| To: | Gray, Tyesha M </o=delta/ou=north america/cn=recipients/cn=622927> |
| Cc: | |
| Bcc: | |
| Subject: | RFT - Jerrick Rodriquez |
| Date: | Tue Dec 18 2012 13:25:20 EST |
| Attachments: | Rodriques, Jerrick RFT HR - Time card.doc |
| | Rodriques, Jerrick RFT Ops - Time Card.doc |

Tyesha -

The attached RFT file is on its way to you using tracking number 868942305065. This term is for time card fraud.

Barbara A. Franz
Human Resources Generalist
Airport Customer Service and Cargo - DTW
Delta Air Lines
█████████ - office
- cell
- fax

## CONFIDENTIAL

Document ID: 0.7.1745.397067-000001
Owner:           Franz, Barbara </o=delta/ou=north america/cn=recipients/cn=466097>
Filename:        Rodriques, Jerrick RFT HR - Time card.doc
Last Modified:   Tue Dec 18 13:25:20 EST 2012

DEF-000177

CONFIDENTIAL 

**Internal Memorandum**

**Date:  December 18, 2012**

**To:**        Tyesha Gray, General Manager - Human Resources, ACS

**From:**    Barbara Franz, Human Resources Generalist - ACS

**Subject:**  Recommendation for Termination of Employment

<u>Employee:</u>                    Jerrick Rodriques, #062860700, DTW/120

<u>Date of Employment:</u>      11/06/1995

<u>Current Status:</u>              Suspended -- 12/12/2012

<u>Previous Disciplinary Action:</u>
None

<u>Summary:</u>
Below Wing Aircraft Load Agent Jerrick Rodriques has fraudulently submitted his time records.
He was punched in to work, however, did not arrive on property until after the time clock punch
was made.  He also turned in time clips to manually punch in when in reality he was not on the
premises.

Accordingly, Airport Customer Service recommends termination of Mr. Rodriques' employment.

<u>Recommendation:</u>

I agree with ACS, Mr. Rodriques should be asked to resign.  If he refuses, his employment
should be terminated.

<u>Agreement:</u>

_____        _____
General Manager - Human Resources            Date

_____        _____
Director - Human Resources                        Date

*CONFIDENTIAL*

| | |
|---|---|
| Document ID: 0.7.1745.397067-000002 | |
| Owner: | Franz, Barbara </o=delta/ou=north america/cn=recipients/cn=466097> |
| Filename. | Rodrigues, Jerrick RFT Ops - Time Card.doc |
| Last Modified: | Tue Dec 18 13:25:20 EST 2012 |

DEF-000179

 **CONFIDENTIAL**

| | |
|---|---|
| **Domingo De La Torre** | **Delta Air Lines, Inc.** |
| Department Manager | 2602 World Gateway |
| | Detroit, MI 48242 |
| | T. ▮ |
| | M. ▮ |
| | ▮@delta.com |

December 15, 2012

TO:      Mohammad Sarsour, General Manager

FROM:    Domingo De La Torre, Department Manager

SUBJECT: Recommendation for Termination of Employment
         Jerrick Rodriques, 628607, CSA ALA, Dept. 120/DTW

Aircraft Load Agent (ALA) Jerrick Rodriques has been employed since November 6, 1995 he currently has the following Corrective Action:

Previous Corrective Action:
None

During the investigation of Mr. Rodriques' payroll records multiple time card discrepancies none of which he has been able to explain. These are the discrepancies found:

➢ October 26, 2012 – County Swipe at the employee lot 15:00:00 / Punch-In 14:56.
➢ November 6, 2012 – County Swipe at the employee lot 16:19:41 / No-punch however placed a PACE slip for 1428 start.
➢ November 8, 2012 – County Swipe at the employee lot 14:27:22 / No-Punch however a PACE slip for 1428 start.
➢ November 17, 2012 – County Swipe at the employee lot 15:04:36 / Punch In at 13:56.

We have determined that Mr. Rodriques has fraudulently submitted his time records. He was punched in to work, however, did not arrive on property until after the time clock punch was made. Additionally, he also turned in PACE paid slips to manual punch in when in reality he was not on the premises.

I therefore recommend Jerrick Rodriques' employment be terminated.


Domingo De La Torre

# **EXHIBIT G**

CONFIDENTIAL

| | |
|---|---|
| From: | Perdue, Gail |
| Sent: | Thursday, January 03, 2013 4:44 PM |
| To: | Ali, Lisa |
| Cc: | Guerrant, JoAnne |
| Subject: | FW: Report-117505311-DELT01-SCRSmplPDF7. |
| Attachments: | 117505311_ReportNCCR.pdf |

Please see the attached Category 2 report which came through Delta's Employee HelpLine for your review and handling. Please provide me with a detailed summary of your findings. I have advised the caller that this report has been forwarded to the appropriate Human Resources representative for review and handling.

This report should not be shown, given, or forwarded to anyone in the operation absent Legal's express permission. If you forward this report to other HR representatives, please remind them of same. Thanks.

-----Original Message-----
From: Netclaims [mailto:netclaims@tnwinc.com]
Sent: Thursday, January 03, 2013 2:54 PM
To: Perdue, Gail
Subject: Report-117505311-DELT01-SCRSmplPDF7.

Report-117505311-DELT01-SCRSmplPDF7.

TNW_Email#: 7D13EC9208

1

DEF-000339

CONFIDENTIAL

DELTA AIR LINES, INC.

# Ethics and Compliance Reporting
## General Information

| | | |
|---|---|---|
| **Caller Name:** Declined | **Client Name:** Delta Air Lines, Inc. | **Report #:** 117505311 |
| **Type:** Not Specified | **Location #:** DETROIT METRO AIRPOR | **Priority:** 2 |
| | **DBA:** DELTA AIR LINES, INC. | **Trans #:** 5 |
| | **Address:** UNKNOWN - UNKNOWN | **Rpt Date:** 01/03/2013 |
| | **City,State,Zip:** DETROIT - MI | **Time:** 02:20PM |
| | **Country:** USA | **Origin:** Phone Call |
| | **Phone:** | |

## Summary Information

| | |
|---|---|
| **WHO:** | Caller, name declined, reported UNKNOWN DOMINGO. |
| **WHAT:** | Discrimination |
| **WHEN:** | ONGOING SINCE 12/2012, EXACT DATE UNKNOWN |
| **WHERE:** | AT ONE OF THE MANY TIMECLOCKS AROUND THE AIRPORT |

## Incident Description

**2/21/2013 2:18:05 PM  -  Caller Call Back**

Caller called back and was informed that there was no new info.

**2/20/2013 1:05:25 PM  -  Caller Call Back**

Caller was read the company response and had no new info to add.

**2/12/2013 8:34:53 AM  -  Client Call Back**

Thank you again for sharing your concerns with the Delta Ethics and Compliance HelpLine.  Delta has completed its investigation and has taken appropriate action in response to your complaint.  Due to Delta's confidentiality policy, we are unable provide specific information about Delta's findings or its actions taken in response to your report; however, the investigation is now closed.  If you have any additional information to provide to Delta regarding this or other matters, please continue to contact the HelpLine.  Thank you again for bringing your concerns to Delta's attention.

**2/1/2013 12:01:23 AM  -  Caller Call Back**

Caller called back and was informed that there was no new info.

**1/18/2013 10:50:06 AM  -  Caller Call Back**

Caller was read the company response and had no new info to add.

**1/4/2013 7:30:05 AM  -  Client Call Back**

Thank you for contacting the Delta Ethics and Compliance HelpLine.  Delta takes your concerns and all reports made to the HelpLine seriously.  We have forwarded your report to the appropriate Delta Human Resources professional for handling.  If any additional information is needed from you, we will get in touch with you either through a follow-up message on the HelpLine, or by using your contact information if you provided it as part of this report.  We will notify you once Delta has concluded its investigation into this matter.  Please understand, however, due to Delta's confidentiality policy, we will not be able to share specific information about Delta's findings or actions taken.  Thank you again for bringing your concerns to Delta's attention.

**1/3/2013 2:20:00 PM  -  Original Call**

Caller, DECLINED, reported on 12/2012, exact date unknown, General Manager, unknown DOMINGO, made the decision that Ramp Supervisor, Chris CULPEPPER, and Ramp Employee, name UNKNOWN, were going to be suspended for three days for time clock fraud. They were not where they were supposed to be when they were on the clock.

On 12/12/2012, Ramp Supervisor, Jerrick RODRIGUEZ, was suspended for a miscalculated pay slip. He punched in the wrong number of hours. RODRIGUEZ has not yet come back to work.

On 12/28/2012, Ramp Supervisor, Fadi BEYDOYNE, was suspended for punching himself in and then going through the parking lot and driving to his work area. BEYDOYNE has not yet come back to work.

On 12/2012, exact date unknown, the caller reached out to Human Resources Representative, Barb FRAN, to find out when RODRIGUEZ would be coming back to work and why he was suspended for such an extended amount of time. He/She has not gotten a return phone call from FRAN.

DEF-000340

## CONFIDENTIAL

Report# 117505311        DELTA AIR LINES, INC.

The caller feels as though the investigation is not being handled in the right way. He/She feels like the Caucasian employees are being let off with minimal days of suspension while the minorities are having the book thrown at them. The violations are the same so the time should be the same. The caller believes there are obvious discriminatory practices happening in the workplace.

How does the caller know about the incident?:    Witnessed

What documentation is available?:   none

## Involved Parties

Reported Individuals:
     Name: UNKNOWN DOMINGO
     Title: GENERAL MANAGER

Management Notified: YES
     Date: 12/2012                    Phone:
     Name: BARB FRAN
     Title: HUMAN RESOURCES REPRESENTATIVE
Action Taken: none

Involved/Aware Parties :   YES
     Name: CHRIS CULPEPPER
     Title: RAMP SUPERVISOR
     Role: Alleged Victim

     Name: FADI BEYDOYNE
     Role: Other

     Name: JERRICK RODRIGUEZ

     Name: Unknown
     Title: RAMP EMPLOYEE
                               Ethnic Origin: WHITE

     Gender: Male
Description:

## Supplemental Information

How does the caller know about hotline:      Employee

Interviewer Observations:

Additional Escalation Criteria
1. Is there an imminent risk or immediate threat to the    NO
safety and/or security of a flight or aircraft?

## Client Instructions

The caller has been instructed to call back on 1/17/2013. Please take some time to review the report and submit any additional questions you may have for the caller by 1/16/2013. If you are a licensed user of the ReportLine system, please log in (https://www.netclaim.net) and submit your question. If you are not a licensed user of the ReportLine system, please document your question in an email and send it to: NetworkCallbacks@tnwinc.com.

Conditions:
The information contained in this report was provided by a third party source. The Network, Inc. does not verify the accuracy or the completeness of the information contained in this report, and therefore, cannot guarantee its accuracy or completeness.

If you have questions, concerns or updates such as escalation and/or dissemination instructions relative to our service or this incident report please contact us at "clientcommunication@tnwinc.com."

# EXHIBIT H

CONFIDENTIAL

Report# 117505660 · · · · · · · · · · · · · · · · · · · · · DELTA AIR LINES, INC. · · · · · · · · · · · · · · · · · · · · · Page 1 of 2

# Ethics and Compliance Reporting
## General Information

| | | |
|---|---|---|
| Caller Name: Declined | Client Name: Delta Air Lines, Inc. | Report #: 117505660 |
| Type: Not Specified | Location #: UNK | Priority: 2 |
| | DBA: DELTA AIR LINES, INC. | Trans #: 1 |
| | Address: DETROIT METROPOLITAN AIR | Rpt Date: 01/03/2013 |
| | City,State,Zip: ROMULUS - MI  48174 | Time: 03:06PM |
| | Country: USA | Origin: Phone Call |
| | Phone: | |

## Summary Information

| | |
|---|---|
| WHO: | Caller, name declined, reported UNKNOWN DOMINGO. |
| WHAT: | Discrimination |
| WHEN: | ON 12/2012, EXACT DATE UNKNOWN |
| WHERE: | AIRPORT |

*Fadi Boydson*

## Incident Description

**1/3/2013 3:06:00 PM  - Original Call**

Caller, DECLINED, reported on 12/2012, General Manager, Unknown DOMINGO, suspended Sleet Service Agent, Christopher CULPEPPER, and Sleet Service Agent, Jason CONNOVER, for time theft fraud. Caller mentioned that CULPEPPER and CONNOVER are Caucasian. After a three day suspension, CONNOVER and CULPEPPER returned to work. DOMINGO suspended two more agents, Sleet Service Agent, Fadi BOUDON, and Sleet Service Agent, Jerrick RODRIGUEZ, for time theft fraud. Caller stated BOUDON Middle Eastern and RODRIGUEZ is African American, and therefore caller has assumed that is the reason why they were not brought back to work. Caller stated that this is a racial discrimination issue. He/She requested that upper management begin an investigation as to why RODRIGUEZ and BOUDON were not brought back to work. Caller stated that he/she would like to see RODRIGUEZ and BOUDON return to work just like CULPEPPER and CONNOVER were allowed back at work.

**How does the caller know about the incident?:**     Heard from others

**What documentation is available?:**  none

## Involved Parties

**Reported Individuals:**
     Name:  UNKNOWN DOMINGO
       Title:  GENERAL MANAGER

**Management Notified: NO**

**Involved/Aware Parties :  YES**
       Name:  CHRISTOPHER CULPEPPER
         Title:  SLEET SERVICE AGENT
         Role:  Co-Worker

       Name:  FADI BOUDON
         Role:  Alleged Victim

       Name:  JERRICK RODRIGUEZ

       Name:  JASON CONNOVER
         Role:  Co-Worker

## Supplemental Information

How does the caller know about hotline:          Employee

DEF-000345

## CONFIDENTIAL

Report# 117505660                       DELTA AIR LINES, INC.

| Interviewer Observations: | Caller heard from other. |
|---|---|

dditional Escalation Criteria
  1. Is there an imminent risk or immediate threat to the     NO
  safety and/or security of a flight or aircraft?

## Client Instructions

The caller has been Instructed to call back on 1/17/2013. Please take some time to review the report and submit any additional questions you may have for the caller by 1/16/2013. If you are a licensed user of the ReportLine system, please log in (https://www.netclaim.net) and submit your question. If you are not a licensed user of the ReportLine system, please document your question in an email and send it to: NetworkCallbacks@tnwinc.com.

Conditions:
The Information contained in this report was provided by a third party source. The Network, Inc. does not verify the accuracy or the completeness of the information contained in this report, and therefore, cannot guarantee its accuracy or completeness.

If you have questions, concerns or updates such as escalation and/or dissemination instructions relative to our service or this incident report please contact us at "clientcommunication@tnwinc.com."

DEF-000346

CONFIDENTIAL

DELTA AIR LINES, INC.

# Ethics and Compliance Reporting

## General Information

| | | |
|---|---|---|
| Caller Name: Declined | Client Name: Delta Air Lines, Inc. | Report #: 117530159 |
| Type: Not Specified | Location #: UNK | Priority: 2 |
| | DBA: DELTA AIR LINES, INC. | Trans #: 2 |
| | Address: 2502 WORLD GATEWAY PLACE | Rpt Date: 01/09/2013 |
| | City,State,Zip: DETROIT - MI  48242 | Time: 04:40PM |
| | Country: USA | Origin: Phone Call |
| | Phone: | |

## Summary Information

| | |
|---|---|
| WHO: | Caller, name declined, reported NAME UNKNOWN |
| WHAT: | Discrimination |
| WHEN: | 12/2012, DATE UNKNOWN |
| WHERE: | HEAD CONTROL CENTER |

## Incident Description

**1/23/2013 10:35:03 AM  - Caller Call Back**

Caller was read the company response and had no new info to add.

**1/10/2013 8:00:48 AM  - Client Call Back**

Thank you for contacting the Delta Ethics and Compliance HelpLine. Delta takes your concerns and all reports made to the HelpLine seriously. We have forwarded your report to the appropriate Delta Human Resources professional for handling. If any additional information is needed from you, we will get in touch with you either through a follow-up message on the HelpLine, or by using your contact information if you provided it as part of this report. We will notify you once Delta has concluded its investigation into this matter. Please understand, however, due to Delta's confidentiality policy, we will not be able to share specific information about Delta's findings or actions taken. Thank you again for bringing your concerns to Delta's attention.

**1/9/2013 4:40:00 PM  - Original Call**

Caller, DECLINED, reported that he/she does not agree with the way that a particular issue was handled. In 2012, date unknown, Agent In Charge, Cris CULPPER and Equipment Service Employee, Jason CONOVER, were both suspended for time card fraud. They returned to work after being suspended for three days. The caller also mentioned that Equipment Service Employee, Kyle LILLA also faced a three day suspension for the same issue. He would pull up to the front of the premises, clock into the system, and then drive off to park his vehicle.

In 12/2012, date unknown, Agent in Charge, Jerrick RODRIGUEZ was escorted off of the airport premises after he was accused of timecard fraud. He had adjusted his time after arriving late but he was acting under the direction of his Performance Leader, Roberto ORTIZ. He had to adjust the work hours after he missed two hours because he attended a funeral for his Co-worker's mother. The caller is questioning why RODRIGUEZ has not returned to work and the fact that ORTIZ has not been questioned about this incident. The caller believes that RODRIGUEZ should not be suspended especially for more than three days. The only difference that the caller has noted is that RODRIGUEZ is African American and CONOVER, CULPEPPER, and LILLA are Caucasian.

The caller is not sure who is responsible for making the decision of what disciplinary actions would be issued, Management, Names UNKNOWN. He/She would simply like for everyone to treated, equally. The caller described RODRIGUEZ has an exemplary Employee that would never try to steal anything from the company.

How does the caller know about the incident?:      Heard from others

What documentation is available?:  none

## Involved Parties

Reported Individuals:
    Name: NAME UNKNOWN
        Title: MANAGEMENT

CONFIDENTIAL

DELTA AIR LINES, INC.

Report# 117530159                                                                    Page 2 of 2

| Management Notified: NO |
|---|

**~volved/Aware Parties :  YES**

Name: JERRICK RODRIGUEZ
Title: AGENT IN CHARGE
Role: Alleged Victim

Name: CRIS CULPEPPER
Role: Co-Worker

Name: JASON CONOVER
Title: EQUIPMENT SERVICE EMPLOYEE

Name: ROBERTO ORTIZ
Title: PERFORMANCE LEADER
Role: Other

Name: KYLE LILLA
Title: EQUIPMENT SERVICE EMPLOYEE
Role: Co-Worker

## Supplemental Information

How does the caller know about hotline:          Employee

Interviewer Observations:

Additional Escalation Criteria
   1. Is there an imminent risk or immediate threat to the          NO
   safety and/or security of a flight or aircraft?

## Client Instructions

The caller has been instructed to call back on 1/23/2013. Please take some time to review the report and submit any additional questions you may have for the caller by 1/22/2013. If you are a licensed user of the ReportLine system, please log in (https://www.netclaim.net) and submit your question. If you are not a licensed user of the ReportLine system, please document your question in an email and send it to: NetworkCallbacks@tnwinc.com.

Conditions:
The information contained in this report was provided by a third party source. The Network, Inc. does not verify the accuracy or the completeness of the information contained in this report, and therefore, cannot guarantee its accuracy or completeness.

If you have questions, concerns or updates such as escalation and/or dissemination instructions relative to our service or this incident report please contact us at "clientcommunication@tnwinc.com."

DEF-000351

CONFIDENTIAL

DELTA AIR LINES, INC.

# Ethics and Compliance Reporting

## General Information

| | | |
|---|---|---|
| Caller Name: Declined | Client Name: Delta Air Lines, Inc. | Report #: 117531421 |
| Type: Not Specified | Location #: UNK | Priority: 2 |
| | DBA: DELTA AIR LINES, INC. | Trans #: 1 |
| | Address: DETROIT METRO | Rpt Date: 01/09/2013 |
| | City,State,Zip: DETROIT - MI | Time: 09:47PM |
| | Country: USA | Origin: Phone Call |
| | Phone: | |

## Summary Information

| | |
|---|---|
| WHO: | Caller, name declined, reported UNKNOWN UNKNOWN. |
| WHAT: | Discrimination |
| WHEN: | ONGOING SINCE 12/2012, DATE UNKNOWN |
| WHERE: | DETROIT METRO HUB |

## Incident Description

**1/9/2013 9:47:00 PM - Original Call**

Caller, DECLINED, reported that during the beginning of 12/2012, exact date unknown, Below The Wing Employees, Chris CULPEPPER, Jerreck RODRIQUES, and Fadi UNKNOWN, were all accused of similar time card fraud violations. To the caller's knowledge, none of the employees had a history of disciplinary action taken against him. CULPEPPER was suspended for three days, and RODRIQUES and Fadi were suspended indefinitely. RODRIQUES and Fadi have been suspended for approximately two or three weeks and as of 01/09/2013, have not yet returned to work.

Caller finds it unfair for CULPEPPER to have been allowed back to work , when the other two employees are still under suspension, even though they were all accused of the same violation.

Caller stated that CULPEPPER is White, RODRIQUES is African American, and Fadi is of Arabic decent. Caller believes that their lengths of their suspension were somehow based on race. It is unknown who is responsible for this decision.

Caller would like this issue investigated and would like RODRIQUES and Fadi to return to work.

How does the caller know about the incident?:       Heard from others

What documentation is available?:  None

## Involved Parties

**Reported Individuals:**
Name: Unknown
Title: UNKNOWN
Gender: Unknown                    Ethnic Origin: UNKNOWN
Description: None

**Management Notified: NO**

**Involved/Aware Parties :  YES**
Name: JERRECK RODRIQUES
Title: BELOW THE WING EMPLOYEE
Role: Alleged Victim

Name: CHRIS CULPEPPER
Role: Co-Worker

Continuing

**CONFIDENTIAL**

DELTA AIR LINES, INC.

Report# 117531421                                                    Page  2 of 2

| Name: | FADI UNKNOWN |
|---|---|
| Role: | Alleged Victim |

## Supplemental Information

How does the caller know about hotline:          Poster

Interviewer Observations:

**Additional Escalation Criteria**
  1. Is there an imminent risk or immediate threat to the          NO
  safety and/or security of a flight or aircraft?

## Client Instructions

The caller has been instructed to call back on 1/23/2013. Please take some time to review the report and submit any additional questions you may have for the caller by 1/22/2013. If you are a licensed user of the ReportLine system, please log in (https://www.netclaim.net) and submit your question. If you are not a licensed user of the ReportLine system, please document your question in an email and send it to: NetworkCallbacks@tnwinc.com.

Conditions:
The information contained in this report was provided by a third party source. The Network, Inc. does not verify the accuracy or the completeness of the information contained in this report, and therefore, cannot guarantee its accuracy or completeness.

If you have questions, concerns or updates such as escalation and/or dissemination instructions relative to our service or this incident report please contact us at "clientcommunication@tnwinc.com."

DEF-000356

CONFIDENTIAL

DELTA AIR LINES, INC.

# Ethics and Compliance Reporting

## General Information

| | | |
|---|---|---|
| Caller Name: Declined | Client Name: Delta Air Lines, Inc. | Report #: 117618995 |
| Type: Not Specified | Location #: UNK | Priority: 2 |
| | DBA: DELTA AIR LINES, INC. | Trans #: 2 |
| | Address: DETROIT METRO AIRPORT - N/ | Rpt Date: 01/31/2013 |
| | City,State,Zip: DETROIT - MI | Time: 02:29PM |
| | Country: USA | Origin: Phone Call |
| | Phone: | |

## Summary Information

| | |
|---|---|
| WHO: | Caller, name declined, reported UNKNOWN UNKNOWN. |
| WHAT: | Discrimination |
| WHEN: | ONGOING SINCE 11/2012, EXACT DATE UNKNOWN |
| WHERE: | DETROIT METRO AIRPORT |

## Incident Description

**2/20/2013 2:26:37 PM  -  Caller Call Back**

Caller was read the company response and had no new info to add.

**2/12/2013 8:41:55 AM  -  Client Call Back**

Thank you again for sharing your concerns with the Delta Ethics and Compliance HelpLine.  Delta has completed its investigation and has taken appropriate action in response to your complaint.  Due to Delta's confidentiality policy, we are unable to provide specific information about Delta's findings or its actions taken in response to your report; however, the investigation is now closed.  If you have any additional information to provide to Delta regarding this or other matters, please continue to contact the HelpLine.  Thank you again for bringing your concerns to Delta's attention.

**/1/2013 7:27:58 AM - Client Call Back**

Thank you for contacting the Delta Ethics and Compliance HelpLine.  Delta takes your concerns and all reports made to the HelpLine seriously.  We have forwarded your report to the appropriate Delta Human Resources professional for handling.  If any additional information is needed from you, we will get in touch with you either through a follow-up message on the HelpLine, or by using your contact information if you provided it as part of this report.  We will notify you once Delta has concluded its investigation into this matter.  Please understand, however, due to Delta's confidentiality policy, we will not be able to share specific information about Delta's findings or actions taken.  Thank you again for bringing your concerns to Delta's attention.

**1/31/2013 2:29:00 PM  -  Original Call**

Caller, DECLINED, reported that in 11/2012, exact date unknown, Supervisor, Gerrit RODRIGUEZ, Equipment Service Employee, Fadi BEYDON, Equipment Service Employee, Chris CULPEPER, and Equipment Service Employee, Jason CONOVER, were suspended for attendance issues.  The responsible is unknown.  RODRIGUEZ and BEYDON were not called back to work.  CULPEPER and CONOVER were called back to work.  RODRIGUEZ is African-American.  BEYDON is Arabic.  CULPEPER and CONOVER are Caucasian.  The caller declined to provide further details.  On 1/2013, exact date unknown, the caller filed a report.  He/She did not have the report number.  His/Her callback date was 1/21/2013.  The caller would like to know the status of the investigation.

How does the caller know about the incident?:       Heard from others

What documentation is available?:  none

## Involved Parties

Reported Individuals:
Name: Unknown
Title: UNKNOWN
Gender: Unknown          Ethnic Origin: UNKNOWN
Description: unknown

DEF-000360

## CONFIDENTIAL

DELTA AIR LINES, INC.

Report# 117618995

Page 2 of 2

| Management Notified: NO |
| --- |

**Involved/Aware Parties :   YES**

Name: GERRIT RODRIGUEZ

Title: SUPERVISOR

Role: Alleged Victim

Name: FADI BEYDON

Title: EQUIPMENT SERVICE EMPLOYEE

Name: CHRIS CULPEPER

Name: JASON CONOVER

## Supplemental Information

How does the caller know about hotline:        Poster

Interviewer Observations:

Additional Escalation Criteria

1. Is there an imminent risk or immediate threat to the       NO
safety and/or security of a flight or aircraft?

## Client Instructions

The caller has been instructed to call back on 2/14/2013. Please take some time to review the report and submit any additional questions you may have for the caller by 2/13/2013. If you are a licensed user of the ReportLine system, please log in (https://www.netclaim.net) and submit your question. If you are not a licensed user of the ReportLine system, please document your question in an email and send it to: NetworkCallbacks@tnwinc.com.

Conditions:
The information contained in this report was provided by a third party source. The Network, Inc. does not verify the accuracy or the completeness of the information contained in this report, and therefore, cannot guarantee its accuracy or completeness.

If you have questions, concerns or updates such as escalation and/or dissemination instructions relative to our service or this cident report please contact us at "clientcommunication@tnwinc.com."

CONFIDENTIAL

DELTA AIR LINES, INC.

# Ethics and Compliance Reporting
## General Information

| | |
|---|---|
| Caller Name: Declined | Client Name: Delta Air Lines, Inc. |
| Type: Not Specified | Location #: UNK |
| | DBA: DELTA AIR LINES, INC. |
| | Address: UNKNOWN - DETROIT METRO |
| | City,State,Zip: ROMULUS - MI |
| | Country: USA |
| | Phone: |

Report #: 117525716
Priority: 2
Trans #: 1
Rpt Date: 01/08/2013
Time: 06:08PM
Origin: Phone Call

## Summary Information

| | |
|---|---|
| WHO: | Caller, name declined, reported UNKNOWN UNKNOWN. |
| WHAT: | Discrimination |
| WHEN: | ONGOING SINCE 12/2012, EXACT DATE UNKNOWN |
| WHERE: | GROUND OPERATIONS |

## Incident Description

**1/8/2013 6:08:00 PM  -  Original Call**
Caller, DECLINED, reported that in 12/2012, exact date unknown,  five Associates, names UNKNOWN, were suspended from work. Three of the associates were caucasian and two of them were African American.

In 1/2013, exact date unknown, the three Caucasian associates were given their jobs back. The African American associates, Fadi DEYDON, and Jerit RODRIGUEZ, were not given their jobs back. Management, names UNKNOWN, is responsible for this issue.

The caller feels that this is an issue of discrimination. This issue should be looked into.

How does the caller know about the incident?:    Witnessed

What documentation is available?:  none

## Involved Parties

**Reported Individuals:**
  Name: Unknown
  Title: MANAGEMENT
  Gender: Unknown                    Ethnic Origin: UNKNOWN
  Description: none

Management Notified: NO

Involved/Aware Parties :  YES
  Name: JERIT RODRIGUEZ
  Title: ASSOCIATE
  Role: Alleged Victim
  Name: FADI DEYDON

  Name: Unknown
  Title: ASSOCIATES
  Role: Co-Worker                    Ethnic Origin: WHITE
  Gender: Unknown
Description: none

CONFIDENTIAL

Report# 117525716 | DELTA AIR LINES, INC. | Page 2 of 2

## Supplemental Information

How does the caller know about hotline:      Handbook

Interviewer Observations:      none

Additional Escalation Criteria
1. Is there an imminent risk or immediate threat to the     NO
safety and/or security of a flight or aircraft?

## Client Instructions

The caller has been instructed to call back on 1/22/2013. Please take some time to review the report and submit any additional questions you may have for the caller by 1/21/2013. If you are a licensed user of the ReportLine system, please log In (https://www.netclaim.net) and submit your question. If you are not a licensed user of the ReportLine system, please document your question in an email and send it to: NetworkCallbacks@tnwinc.com.

Conditions:
The information contained in this report was provided by a third party source. The Network, Inc. does not verify the accuracy or the completeness of the information contained in this report, and therefore, cannot guarantee its accuracy or completeness.

If you have questions, concerns or updates such as escalation and/or dissemination instructions relative to our service or this incident report please contact us at "clientcommunication@tnwinc.com."

DEF-000365

# **<u>EXHIBIT I</u>**

*CONFIDENTIAL*

| | |
|---|---|
| Document ID: 0.7.1745.400878 | |
| From: | Franz, Barbara </o=delta/ou=north america/cn=recipients/cn=466097> |
| To: | Ali, Lisa </o=delta/ou=north america/cn=recipients/cn=135300>; DeLaTorre, Domingo A </o=delta/ou=north america/cn=recipients/cn=796533>; Sarsour, Mohammad </o=delta/ou=north america/cn=recipients/cn=4729211> |
| Cc: | Gray, Tyesha M </o=delta/ou=north america/cn=recipients/cn=622927> |
| Bcc: | |
| Subject: | RE: ****URGENT ACTION REQUIRED"** Recommendation for Termination of Jerrick Rodriques, #6286070 DTW/120 |
| Date: | Thu Jan 10 2013 09:53:25 EST |
| Attachments: | |

Communication has happened with the employee and the MSS transaction has been initiated.

Barbara A. Franz
Human Resources Generalist
Airport Customer Service and Cargo - DTW
Delta Air Lines

 - office
- cell
- fax

———

From: Ali, Lisa
Sent: Wednesday, January 09, 2013 11:31 AM
To: DeLaTorre, Domingo A; Sarsour, Mohammad
Cc: Franz, Barbara; Gray, Tyesha M
Subject: ****URGENT ACTION REQUIRED*** Recommendation for Termination of Jerrick Rodriques, #6286070 DTW/120

The review of recommendation for termination of employment for the referenced employee has been completed and the Company has decided to terminate Mr. Rodriques' employment.

Please notify this employee that in lieu of termination, the employee may elect to resign. If the employee requests additional time to decide, you may offer the employee 24 hours to decide (as is reasonable depending on the circumstances) and establish a clear understanding of the date and time by which the employee must provide you with a written notice of resignation. Inform the employee that if you don't receive a written notice of resignation (via e-mail, fax or in person) by the established deadline, you will assume that the employee has decided not to resign in lieu of termination and will be terminated.

Also, please inform the employee that he is not eligible for rehire regardless of whether he is terminated

DEF-000237

## CONFIDENTIAL

or resigns from the Company.

In either case, please notify the employee that he may appeal the termination decision. If the employee wishes to appeal the decision, he may submit a written appeal to Equal Opportunity and Compliance at the address below. Please inform the employee to include complete contact information, including address and telephone number. The appeal will be reviewed and a written response will be sent to the employee.

Director HR – Equal Opportunity and Compliance

Delta Air Lines

Dept. 955

P.O. Box 20530

Atlanta, GA 30320

Please complete the appropriate MSS transaction and advise Lisa Ali once the employee has been notified. Feel free to contact me with any questions or concerns.

# **EXHIBIT J**

## CONFIDENTIAL

| | |
|---|---|
| Document ID: 0.7.1745.408104 | |
| From: | LeeAustin, Cassandra </o=delta/ou=north america/cn=recipients/cn=442250> |
| To: | Gray, Tyesha M </o=delta/ou=north america/cn=recipients/cn=622927> |
| Cc: | Franz, Barbara </o=delta/ou=north america/cn=recipients/cn=466097> |
| Bcc: | |
| Subject: | Jerrick Rodriques |
| Date: | Wed Jan 09 2013 15:17:57 EST |
| Attachments: | |

Tyesha,

Barb,


i received a call from J Rodriques #688607.  He mentioned he was suspended on 12/11/12 for time clock fraud and that no one was returning his calls.  He also mentioned 2 non-minority employees had similar time clock issues and had been returned to work after a 3 day suspension..  He provided their names - Chris Coppell and Jason Conover (please excuse the spelling).  Mr. Rodrigues mentioned has been in the airline business for over 18 years and has no performance issues in his file.  He wants to understand why he is being treated differently than his non-minority peers.


I advised him I would pass his information on and someone would get back to him at 3133031708.


Thanks!


Cassandra

DEF-000230

# EXHIBIT K

CONFIDENTIAL



**Internal Memorandum**

Date: December 26, 2012

**To:** Tyesha Gray, General Manager - Human Resources, ACS

**From:** Barbara Franz, Human Resources Generalist - ACS

**Subject:** Recommendation for Termination of Employment

<u>Employee:</u>  Kyle Lilla, #053922500, DTW/120

<u>Date of Employment:</u>  06/14/2007 (5 Years, 6 month)

<u>Current Status:</u>  Suspended – 12/19/2012

<u>Previous Disciplinary Action:</u>
None

<u>Summary:</u>
Below Wing Customer Service Agent Kyle Lilla punched in to work, but swipe records show he did not arrive at the airport parking lot until after the time clock punch was made.

Accordingly, Airport Customer Service recommends termination of Mr. Lilla's employment.

<u>Recommendation:</u>

I agree with ACS, Mr. Lilla's should be asked to resign.  If he refuses, his employment should be terminated.

Agreement:

General Manager - Human Resources     Date

Director - Human Resources     Date

DEF-000300

CONFIDENTIAL

 **D E L T A**

| | |
|---|---|
| **Mohammad Sarsour** | **Delta Air Lines, Inc.** |
| **General Manager** | 2500 World Gateway Place |
| **Operations** | Detroit, MI 48242-4231 |
| | T. 734-247-4150 |
| | F. 734-247-4199 |
| | mohammad.sarsour@delta.com |

December 21, 2012

TO:     Jim Kriksciun, Director

FROM:   Mohammad Sarsour, General Manager

SUBJECT:   Recommendation for Termination of Employment
            Kyle Lilla, 539225, CSA, Dept. 120/DTW

Below Wing Agent Kyle Lilla has been employed since June 14, 2007, he currently has the following Corrective Action:

Previous Corrective Action:
26Jun12 – Verbal Coaching Work Performance
27Jun12 – Verbal Coaching Attendance
01Jul12 -   Notes Attendance
06Sep11 - Coach Attendance
12Ju11    - Notes Work Performance

During the investigation of Mr. Lillas' payroll records multiple time card discrepancies were found. These are the discrepancies found:

  ➢ October 17, 2012 – County Swipe at the Employee lot 1351 / Punch in at 1347.
  ➢ October 18, 2012 – County Swipe at the Employee lot 1453 / Punch in at 1448
  ➢ October 21, 2012 – County Swipe at the Employee lot 0551 / Punch in at 0546
  ➢ October 22, 2012 – County Swipe at the Employee lot 1341 / Failed to punch in
  ➢ October 24, 2012 – County Swipe at the Employee lot 1153 / Punch in at 1148
  ➢ October 26, 2012 – County Swipe at the Employee lot 1413 / Punch in at 1426
  ➢ December 16, 2012 – County Swipe at the Employee lot 1353 / Punch in at 1348
  ➢ December 17, 2012 – County Swipe at the Employee lot 1358 / Punch in at 1354

We have determined that Mr. Lilla has fraudulently submitted his time records. He was punched in to work, however, did not arrive on property until after the time clock punch was made.

I therefore recommend Kyle Lillas' employment be terminated.

Domingo De La Torre

DEF-000301

CONFIDENTIAL



**Internal Memorandum**

Date: December 26, 2012

**To:** Tyesha Gray, General Manager - Human Resources, ACS

**From:** Barbara Franz, Human Resources Generalist - ACS

**Subject:** Recommendation for Termination of Employment

<u>Employee:</u>               Fadi Beydoun, #022028200, DTW/120

<u>Date of Employment:</u>     11/11/1996 (16 Years, 1 month)

<u>Current Status:</u>        Suspended – 12/19/2012

<u>Previous Disciplinary Action:</u>
11-15-12     Coaching     Work Performance

<u>Summary:</u>
Below Wing Aircraft Load Agent Fadi Beydoun punched in to work, but swipe records show he did not arrive at the airport parking lot until after the time clock punch was made.

Accordingly, Airport Customer Service recommends termination of Mr. Beydoun's employment.

<u>Recommendation:</u>

I agree with ACS, Mr. Beydoun's should be asked to resign. If he refuses, his employment should be terminated.

<u>Agreement:</u>

_____      _____
General Manager - Human Resources     Date

_____      _____
Director - Human Resources     Date

CONFIDENTIAL

 **DELTA**

| | |
|---|---|
| **Mohammad Sarsour** | **Delta Air Lines, Inc.** |
| **General Manager** | 2500 World Gateway Place |
| **Operations** | Detroit, MI 48242-4231 |
| | T. 734-247-4150 |
| | F. 734-247-4199 |
| | mohammad.sarsour@delta.com |

December 21, 2012

TO:        Jim Kriksciun, Director

FROM:    Mohammad Sarsour, General Manager

SUBJECT:    Recommendation for Termination of Employment
Fadi Beydoun, 220282, CSA ALA, Dept. 120/DTW

CSA ALA Fadi Beydoun has been employed since May 3, 1997, he currently has the following Corrective Action:

Previous Corrective Action:
15Nov12 – Formal Verbal Coaching Work Performance

During the investigation of Mr. Beydouns' payroll records multiple time card discrepancies were found. These are the discrepancies found:

> November 7, 2012 – County Swipe at the Employee lot 1440 / Punch in at 1429
> November 8, 2012 – County Swipe at the Employee lot 1431 / Punch in at 1422
> November 9, 2012 – County Swipe at the Employee lot 1435 / Punch in at 1406
> November 14, 2012 – County Swipe at the Employee lot 1429 / Punch in at 1343

We have determined that Mr. Beydoun has fraudulently submitted his time records. He was punched in to work, however, did not arrive on property until after the time clock punch was made.

I therefore recommend Fadi Beydouns' employment be terminated.

DEF-000292

# **EXHIBIT L**

CONFIDENTIAL

**From:**         Clark, Sheandra R
       **nt:**        Monday, February 11, 2013 9:06 AM
**To:**            Kircher, Deborah
**Cc:**            Perdue, Gail
**Subject:**    RE: Compliance Calls - DTW Various numbersREQ TO CLOSE

Ok to close.

**From:** Kircher, Deborah
**Sent:** Friday, February 08, 2013 3:43 PM
**To:** Clark, Sheandra R
**Cc:** Perdue, Gail; Kircher, Deborah
**Subject:** FW: Compliance Calls - DTW Various numbersREQ TO CLOSE

This is the template for those DTW calls we conferenced about with Barb and Tyesha back in January. Please advise if we can close.

Thanks,
Deb

**Deb Kircher, SPHR**
ACS/Cargo Human Resources. Ohio Valley, New England regions
O.[REDACTED] M.[REDACTED] I F.[REDACTED]

      **m:** Franz, Barbara
**Sent:** Monday, February 04, 2013 5:02 PM
**To:** Kircher, Deborah
**Subject:** Compliance Calls - DTW Various numbers

Deb -

Attached is the template completed for the 6 compliance calls from DTW related to the payroll discrepancies.

Please let me know if you need anything else on this one.

Barbara A. Franz
Human Resources Generalist
Airport Customer Service and Cargo - DTW
Delta Air Lines
 - office
                 - cell
                 - fax

DEF-000368

CONFIDENTIAL

### ACS/CGO Compliance Call Report

| Date of Report | 1/3/13 |
| | 1/3/13 |
| | 1/8/13 |
| | 1/9/13 |
| | 1/9/13 |
| | 1/31/13 |
| Report Number | 117505311 |
| | 117505660 |
| | 117525716 |
| | 117530159 |
| | 117531421 |
| | 117618995 |
| Date Report Closed | |
| Station | DTW |
| Station Leader/Dir | Jim Kriksciun |
| HRG/HRM | Barbara Franz |

| Brief Summary of Call (Do not cut and paste, but provide a brief summary please) | Anonymous caller states there is a racial issue due to Caucasian employees being returned to work for the same infraction that minority employees are still suspended and eventually terminated. |
| Brief Summary of Investigation/Outcome | These infractions were not the same. 2 Caucasian employees were suspended pending outcome of an investigation.  The investigation concluded that CSA Conover contacted ALA Culpepper asked him to take him out of the Real Time Staffing System (RTS) because he wasn't feeling well.  Culpepper did this (has been asked to do it in the past), however, was not currently in an assignment were he was authorized to do so.  Review of their attendance and Airport Badge swipes indictated this was a one time incident and a misunderstanding of who had authorization and who to notify when employee was not feeling well.  Culpepper was issued a Corrective Action Notice and taken out of the ALA program and Conover was issued a Final Corrective Action. Beydoun (Caucasian), Lilla (Caucasian), Rodriques (African American) were suspended on different dates due to leadership being made aware they were not in their work area during their work assignments.  The investigation into their time records indicated on several occasions these employees punched in to work and later (sometimes hours later) used their airport identification card to enter the employee parking lot.  Based on these findings all three employees were terminated. |

DEF-000369

CONFIDENTIAL

| Who was interviewed about the call? (Please list Name/Title) | No one, already had data |
|---|---|
| Attach all statements (employee name/number on all) or summary of each discussion that did not require a statement. | All attachments previously sent. |
| Final Outcome? If PD administered, please attach PD letter/team journal entry/email advising of verbal discussion/etc. | In summary |
| Is there any follow up/next steps needed at this time? | Request closure |

DEF-000370

# **EXHIBIT M**

## CONFIDENTIAL

| | |
|---|---|
| Document ID: 0.7.1745.244301 | |
| From: | Franz, Barbara </o=delta/ou=north america/cn=recipients/cn=466097> |
| To: | Nabors, Kelley </o=delta/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=028662> |
| Cc: | |
| Bcc: | |
| Subject: | RE: Appeal for Jerrick Rodriques 628607 |
| Date: | Mon Apr 08 2013 14:28:48 EDT |
| Attachments: | |

Kelley -

I spoke to Domingo and he states that he does not recall scratching anything off or giving him a copy of anything that he had. It sounds weird that he would have given a slip that was from November 8 during their conversation on 12/12/12. What would have been the purpose of giving him back the slip? He had already been paid for the time and we had the punch that said he was not on property. If he did give it back why would he have scratched off the date?

Here is the email I received from Domingo the day of the suspension summarizing the issue. This should have been put in the journal but based on your question below it must not have been:

During the interview I questioned Mr. Rodriques on how was it possible to be driving into the parking lot at later times than his punches, he could not give me any valid explanation. He admitted to turn in the PACE slip on Nov. 6 for a start time of 1428 when in reality he was not on the premises until 1619, he then said that this could have been an oversight on his part. I asked him twice if there was anyone punching in for him and he replied on both occasions "no". He said that all this situations were possible mistakes or errors with the punches at Kronos in relation to the County Swipes.

I explained to him that the number of mistakes and the type of discrepancy between his punches and the swipes arriving at the lot were far too many. In two of which at least 2 hours were paid when he was not even on premises. Mr. Rodriques was suspended today until further notice and final results of this investigation.

Let me know if I can provide any additonal information.

Barbara A. Franz
Human Resources Generalist
Airport Customer Service and Cargo - DTW
Delta Air Lines
███████████ - office
- cell
- fax

From: Nabors, Kelley
Sent: Friday, April 05, 2013 2:57 PM

DELTA - CONFIDENTIAL

*CONFIDENTIAL*

To: Franz, Barbara
Subject: FW: Appeal for Jerrick Rodriques 628607
Importance: High

Hi Barb,

I think you have been out of the office for most of this week but I am trying to close-out the appeal for Mr. Rodriques and wanted to see if you have had time to follow up on this request.

Can you let me know if you have anything?

Thanks,

Kelley Nabors

Program Manager, Equal Opportunity

 office

fax

@delta.com

"This message (and any attachments) contains confidential and proprietary information/trade secrets of Delta Air Lines, Inc., or its subsidiaries. Any unauthorized reading, access, distribution, copying or other use of this message is strictly prohibited."

From: Nabors, Kelley
Sent: Monday, April 01, 2013 3:24 PM
To: Franz, Barbara
Subject: Appeal for Jerrick Rodriques 628607

Barb,

During the appeal conversation I had with Mr. Rodriques he said that during a face to face conversation with Domingo De La Torre he was told by Domingo not to worry about the November 8th date. He said Domingo scratched off that date and gave Jerrick the slip to keep. Jerrick said from what he understand from that conversation, the November 8th date was not an issue and should not have been mentioned on the RFT. Jerrick said that Carla Bell was a witness to this conversation.

Can you please follow up with both Domingo and Carla regarding this statement. I need to know if a conversation took place about the 11/8/12 date and if so what was said. I could be missing them but I

DELTA - CONFIDENTIAL

## CONFIDENTIAL

don't see any team journals in the file so I don't really know if this was documented or not. If there are team journals can you send those to me as well?


Thanks,


Kelley Nabors

Program Manager, Equal Opportunity

█████████ office

█████████ fax

█████████ @delta.com

"This message (and any attachments) contains confidential and proprietary information/trade secrets of Delta Air Lines, Inc., or its subsidiaries. Any unauthorized reading, access, distribution, copying or other use of this message is strictly prohibited."

DELTA - CONFIDENTIAL

*CONFIDENTIAL*

Document ID: 0.7.1745.23628

| | |
|---|---|
| From: | Franz, Barbara </o=delta/ou=north america/cn=recipients/cn=466097> |
| To: | Nabors, Kelley </o=delta/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=028662> |
| Cc: | |
| Bcc: | |
| Subject: | RE: Appeal for Jerrick Rodriques 628607 |
| Date: | Fri Apr 05 2013 15:53:46 EDT |
| Attachments: | |

Kelley -

Domingo was on vacation and is now back. Carla is out on medical. I will get with Domingo and let you know ASAP.

Barbara A. Franz
Human Resources Generalist
Airport Customer Service and Cargo - DTW
Delta Air Lines
███████ - office
- cell
████████ - fax

From: Nabors, Kelley
Sent: Friday, April 05, 2013 2:57 PM
To: Franz, Barbara
Subject: FW: Appeal for Jerrick Rodriques 628607
Importance: High

Hi Barb,

I think you have been out of the office for most of this week but I am trying to close-out the appeal for Mr. Rodriques and wanted to see if you have had time to follow up on this request.

Can you let me know if you have anything?

Thanks,

Kelley Nabors

Program Manager, Equal Opportunity

███████ office

DELTA - CONFIDENTIAL

*CONFIDENTIAL*

fax

███████@delta.com

"This message (and any attachments) contains confidential and proprietary information/trade secrets of Delta Air Lines, Inc., or its subsidiaries. Any unauthorized reading, access, distribution, copying or other use of this message is strictly prohibited."

From: Nabors, Kelley
Sent: Monday, April 01, 2013 3:24 PM
To: Franz, Barbara
Subject: Appeal for Jerrick Rodriques 628607

Barb,

During the appeal conversation I had with Mr. Rodriques he said that during a face to face conversation with Domingo De La Torre he was told by Domingo not to worry about the November 8th date. He said Domingo scratched off that date and gave Jerrick the slip to keep. Jerrick said from what he understand from that conversation, the November 8th date was not an issue and should not have been mentioned on the RFT. Jerrick said that Carla Bell was a witness to this conversation.

Can you please follow up with both Domingo and Carla regarding this statement. I need to know if a conversation took place about the 11/8/12 date and if so what was said. I could be missing them but I don't see any team journals in the file so I don't really know if this was documented or not. If there are team journals can you send those to me as well?

Thanks,

Kelley Nabors

Program Manager, Equal Opportunity

office

███████fax

███████@delta.com

"This message (and any attachments) contains confidential and proprietary information/trade secrets of Delta Air Lines, Inc., or its subsidiaries. Any unauthorized reading, access, distribution, copying or other use of this message is strictly prohibited."

DELTA - CONFIDENTIAL

DEF-000229